**STP**
THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No.009469
JOHN G. WATKINS, OF COUNSEL
1635 Village Center Cir., Suite 280
Las Vegas, Nevada 89134
Ph: (702)966-5310

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**ROSS SWIFT,**<br><br>　　　　Defendant. | Case No.  2:25-cr-00030-RFB-DJA<br><br>**FIRST STIPULATION TO CONTINUE SENTENCING** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Michael D. Pariente, Esq., and Sean P. Sullivan, Esq. for defendant Ross Swift and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, that the sentencing hearing set for December 9, 2025 at 10:00 a.m. be vacated and reset but not sooner than 90 days.

　　　This stipulation is entered into for the following reasons:

1.　　The parties are working to obtain legal identification for Mr. Swift.

2.　　The recent governmental shutdown created an unexpected delay in processing Mr. Swift's new Social Security Card.

3.　　Denial of this request for a continuance could result in a miscarriage of justice.

DATED this 2nd day of December, 2025.

　　　SIGAL CHATTAH　　　　　　　　　　　　　　　　　THE PARIENTE LAW FIRM, P.C.
　　　First Assistant United States Attorney

| | |
|---|---|
| */s/ Kimberly Frayn* | */s/ Michael D. Pariente* |
| _____ | _____ |
| Kimberly Frayn | Michael D. Pariente, Esq. |
| Assistant United States Attorney | Attorney for Defendant Ross Swift |
| Attorney for Plaintiff | |
| | SEAN P. SULLIVAN, P.C. |
| | */s/ Sean P. Sullivan* |
| | _____ |
| | Attorney for Defendant Ross Swift |

**ORD**
THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No.009469
JOHN G. WATKINS, OF COUNSEL
1635 Village Center Cir., Suite 280
Las Vegas, Nevada 89134
(702) 966-5310

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:25-cr-00030-RFB-DJA |
| Plaintiff, | |
| vs. | **FIRST STIPULATION TO CONTINUE SENTENCING** |
| **ROSS SWIFT,** | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties are working to obtain legal identification for Mr. Swift.

2. The recent governmental shutdown created an unexpected delay in processing Mr. Swift's new Social Security Card.

3. Denial of this request for a continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the ends of justice would be served by vacating the hearing for the sentencing hearing previously set by the Court.

## CONCLUSIONS OF LAW

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

DATED this 8th day of December, 2025.

## ORDER

**IT IS ORDERED** that the sentencing hearing presently scheduled for December 9, 2025 at 10:00 a.m. setting be vacated, continued and reset for March 17, 2026, at the hour of 10:30 a.m. in Courtroom 7C.

DATED this 8th day of December, 2025.

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

/s/ Michael D. Pariente
_____
Michael D. Pariente, Esq.
Nevada Bar No. 9469
Attorney for Defendant